**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| YUYO'S TOWING, INC., | ) |
|       Plaintiff | ) CASE NO. 2:24-CV-00410 |
| V. | ) |
| BEST TOWING, INC., YUSNIEL MARTINEZ, YUYO'S TOWING GROUP LLC, ANGEL TOWING CORP., and ANGEL MARTINEZ, | ) |
|       Defendants. | ) |

**DEFENDANTS' SUPPLEMENT TO MOTION TO DISMISS COUNTS II AND III OF PLAINTIFF'S COMPLAINT**

Defendants BEST TOWING, INC., YUSNIEL MARTINEZ, YUYO'S TOWING GROUP LLC, ANGEL TOWING CORP., and ANGEL MARTINEZ ("Defendants") pursuant to Local Rule 3.01(g), hereby states that the parties have not resolved all or part of Defendants' *Motion to Dismiss Counts II and III of Plaintiff's Complaint* (Doc. 18), filed on May 9, 2024. Plaintiff's counsel was unavailable for a conference in good faith effort to resolve the motion before the motion's filing. Defendants further state as follows:

    1.    On May 8, 2024, prior to filing their Motion to Dismiss, Defendants emailed a copy of the Motion to Dismiss to Plaintiff's counsel and asked Plaintiff's counsel to schedule a time and date for the good faith conference. Plaintiff's counsel has not responded to Defendants' email.

1

2. On May 9, 10, and 13, Defendants' counsel called Plaintiff's counsel's office and left messages asking Plaintiff's counsel to call back to confer regarding the Motion to Dismiss. Plaintiff's counsel has not returned any of Defendants' counsel's calls.

3. Accordingly, Defendants' counsel has fulfilled the duty to try diligently for three days to contact the opposing party as required by Local Rule 3.01(g)(3). If Defendants' counsel is able to communicate with Plaintiff's counsel and all or part of the Motion to Dismiss are resolved, the parties will communicate with the court immediately.

DATED this 13th day of May, 2024.

## LOCAL RULE 3.01(g) CERTIFICATION

The movants hereby certify, through counsel, that the movant emailed a copy of this motion to Plaintiff's counsel on May 8, 2024, and called Plaintiff's counsel at 10:23 a.m. on May 9, 2024, at 9:30 a.m. on May 10, 2024, and at 9:35 a.m. on May 13, 2024 in a good faith effort to resolve this motion. Plaintiff's counsel was unavailable for a conference. The parties have not resolved all or part of the motion.

By: *s/ Javier A. Pacheco*
JAVIER A. PACHECO
FL Bar No.: 51368

PORTER, WRIGHT MORRIS & ARTHUR LLP
*Attorneys for Defendants*

2

By:   <u>s/ Javier A. Pacheco</u>
JAVIER A. PACHECO
FL Bar No.: 51368
SARA K. WHITE
FL Bar No. 0086014
9132 Strada Place, Third Floor
Naples, Florida 34108
ph:  (239) 593-2900
fax: (239) 593-2990
E-mails:
jpacheco@porterwright.com
swhite@porterwright.com
kmead@porterwright.com

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was served through the CM/ECF system, which will send notice of electronic filing to all registered users, and via email this 13th day of May, 2024, upon the following:

Lisbet Velazquez, Esq.
VPP Law Firm
782 NW 42 Ave., Ste 332
Miami, Florida 33126
Lisbet@vpplawfirm.com
eservice@vpplawfirm.com
*Attorney for Plaintiff*

PORTER, WRIGHT MORRIS & ARTHUR LLP
*Attorneys for Defendants*

By:   <u>s/ Javier A. Pacheco</u>
JAVIER A. PACHECO
FL Bar No.: 51368
SARA K. WHITE
FL Bar No. 0086014
9132 Strada Place, Third Floor
Naples, Florida 34108
ph:  (239) 593-2900
fax: (239) 593-2990

3

        E-mails:
jpacheco@porterwright.com
swhite@porterwright.com
kmead@porterwright.com

24128233v1